# EXHIBIT 3

GRUBER & COMPANY, LLC
99 SAYBRIDGE MANOR PARKWAY
LAKE SAINT LOUIS, MISSOURI  63367

Gold Standard Mining Corp.
  (acquisition of LLC Rosszoloto)

| | Invoice Number | 92610 |
|---|---|---|
| | Invoice Date | September 26, 2010 |

| | | |
|---|---|---|
| For professional services as follows: | | |
| Audit of the financial statements of LLC Rosszoloto for the years ended December 31, 2009, 2008 and 2007 | $ | 92,500.00 |
| Round trip airfare for James McAllister from Atlanta to Moscow via JFK and round tirp airfare for Randall Gruber from JFK to Moscow | | 8,715.80 |
| Round trip airfare for Randall Gruber from St. Louis to JFK | | 1,491.00 |
| Lodging and meals in Moscow on return from Blagoveshensk - Two nights | | 2,077.44 |
| | | 104,784.24 |
| Less payment made - thank you | | (20,000.00) |
| Balance to be paid | | 84,784.24 |
| Payment due now | | (40,000.00) |
| Balance due within 30 days | $ | 44,784.24 |

Wire payment to:

Enterprise Bank
1281 North Warson Road
Saint Louis, Missouri  63132
ABA / Routing Number
Customer name - E. Randall and Teresa L. Gruber
Customer address - 99 Saybridge Manor Parkway, Lake Saint Louis, Missouri  63367
Customer account number -

TERMS - DUE UPON RECEIPT

EXHIBIT 3

Page 21

Gruber 000747

GRUBER & COMPANY, LLC
99 SAYBRIDGE MANOR PARKWAY
LAKE SAINT LOUIS, MISSOURI  63367

Gold Standard Mining Corp.
  (acquisition of LLC Rosszoloto)

| | Invoice Number | 121310 |
|---|---|---|
| | Invoice Date | December 13, 2010 |

| | | |
|---|---|---|
| For professional services as follows: | | |
| Balance from September 26, 2010 | $ | 44,784.24 |
| Audit of Gold Standard Mining financial statements for the year ended December 31, 2009 | | 3,500.00 |
| Review of Gold Standard Mining financial statements for the three and six months ended June 30, 2010 | | 1,000.00 |
| Review of Gold Standard Mining financial statements for the three and nine months ended September 30, 2010 | | 2,500.00 |
| Balance due | | 51,784.24 |
| Payment received | | (10,000.00) |
| Balance due | $ | 41,784.24 |

Wire payment to:

Enterprise Bank
1281 North Warson Road
Saint Louis, Missouri  63132
ABA / Routing Number
Customer name - E. Randall and Teresa L. Gruber
Customer address - 99 Saybridge Manor Parkway, Lake Saint Louis, Missouri  63367
Customer account number -

TERMS - DUE UPON RECEIPT

EXHIBIT 3

Page 22

Gruber 000745