JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOLD STANDARD MINING CORP., ET AL.,<br><br>                    Defendants. | Case No.<br>CV 12-5662-JGB (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, Plaintiff Securities and Exchange Commission's Motion for Remedies is GRANTED.  The Court orders that judgment shall be entered as follows:

   1. Defendants Edward Randall Gruber and Gruber & Company LLC shall be jointly and severally liable to Plaintiff the Securities and Exchange Commission for disgorgement in the amount of $99,500.00 plus prejudgment interest in the amount of $17,001.31,

1

for a total of $116,501.31.

2. Defendant Edward Randall Gruber shall pay a civil penalty of $75,000.00.

3. Defendant Gruber & Company LLC shall pay a civil penalty of $75,000.00.

IT IS SO ORDERED.

Dated: June 13, 2016

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge