MICHAEL J. ROESSNER, DC Bar No. 501875
RoessnerM@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (202) 813-9366

Attorney for Plaintiff United States
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>Gold Standard Mining Corp., et al.,<br><br>Defendants, | Case No.: 2:12-cv-5662 JGB-CW<br><br>SECURITIES AND EXCHANGE COMMISSION NOTICE OF CROSS-MOTION AND MOTION FOR ENTRY OF WRITS OF GARNISHMENT<br><br>DATE: JANUARY 9, 2017<br>TIME: 9:00 A.M.<br>COURTROOM: 1<br>JUDGE: HON. JESUS G. BERNAL |

**NOTICE OF CROSS-MOTION AND MOTION FOR
ENTRY OF WRITS OF GARNISHMENT**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

YOU ARE GIVEN NOTICE that on January 9, 2017, at 9:00 a.m., or as

soon thereafter as this motion may be heard, before the Honorable Jesus G. Bernal,

1

in Courtroom 1 of the United District Court for the Central District of California, Western Division, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiff Securities and Exchange Commission ("SEC") will move for the entry of Writs of Garnishment pursuant to 28 U.S.C. § 3205 to enforce the penalty portion of the judgment and pursuant to Rule 69 to enforce the disgorgement portion of the judgment.

The SEC's cross-motion is based upon this notice of cross-motion and motion, the accompanying memorandum of points and authorities, the Declaration of Michael J. Roessner and exhibits thereto, the pleadings and other papers filed in this matter, the arguments of counsel before or at the hearing on this cross-motion, and upon all such further evidence and arguments.

Defendant Kenneth G. Eade is a resident of France.  SEC counsel is unable to telephonically call individuals in France.  To comply with L.R. 7-3,  SEC counsel emailed Eade on December 1, 2016, requesting that he contact SEC counsel to conduct a good faith conference regarding this application and attached the proposed Writs of Garnishment filed in July 2016.  Eade advised that he opposed the Commission's motion.

The Commission requests that the Court permit this application and Eade's motion to be heard at the same time by telephone, if a hearing is necessary.  Eade

1  failed to notice his motion for a hearing, but the next available date for a hearing

2  for his motion is also January 9, 2017 at 9:00 AM.  The Commission will arrange

3  

4  for a dial-in number for the hearing.  Eade consents to this request.

6  Washington, D.C.                                    Respectfully submitted,

9                                                            /s/Michael J. Roessner
10                                                          MICHAEL J. ROESSNER
                                                               Assistant Chief Litigation Counsel
11                                                          Division of Enforcement
12                                                          United States Securities and Exchange
                                                               Commission
13                                                          100 F Street, NE
14                                                          Mail Stop 5631
                                                               Washington, DC 20549-0022
15                                                          RoessnerM@SEC.gov
16                                                          Telephone:    202.551.4347
                                                               Facsimile:     703.813.9366

# CERTIFICATE OF SERVICE

I certify that on December 9, 2016, I electronically filed Notice of Cross-Motion and Motion for Entry of Writs of Garnishment with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record herein:

Kenneth G. Eade, Esq.
6699 Wilshire Blvd. Suite 507
Los Angeles, California 90048-5708
Keneade@gmail.com
Appearing *Pro se*

-and-

Edward Randall Gruber, CPA
Gruber & Co. LLC
99 Saybridge Manor Parkway Lake Saint Louis, MO 63367
Appearing *Pro se*

/s/Michael J. Roessner
MICHAEL J. ROESSNER
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549-0022
RoessnerM@SEC.gov
Telephone:   202.551.4347
Facsimile:   703.813.9366