# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>              vs.<br><br>GOLD STANDARD MINING CORP., et al.,<br><br>                    Defendants. | Case No. CV 12-05662-JGB (DTBx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application for Post-Judgment Continuing Writ of Garnishment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  IT THEREFORE IS ORDERED that plaintiff's Application for Post-Judgment
2 Continuing Writ of Garnishment and Cross-Motion and Motion for Entry of Writs of
3 Garnishment are granted. It is further ordered that the writ of execution and writ of
4 garnishment to Amazon.com shall be issued.

6 Dated: February 27, 2017

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE