# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLD STANDARD MINING CORP., et al.,<br><br>    Defendants. | Case No. CV 12-5662-JGB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Claim of Exemption, related records on file, and the October 26, 2017 Report and Recommendation of the United States Magistrate Judge. Defendant Eade has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant Eade's Claim of Exemption and request for hearing (docket nos. 182, 183) are denied.

DATED: December 6, 2017

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE